TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00626-CV

MT Dissolution Corporation, formerly doing business as StarPath

Communications, Inc.; and Hank Thompson, Appellants

v.

State of Texas; The Cities of Irving, Carrollton, Garland, Roanoke,

Flower Mound, Rosenberg, Kilgore, Grapevine, Bedford, and Southlake, Texas;

and the Transit Authority of Dallas, Texas, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 96-08893, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING

PER CURIAM

 MT Dissolution Corporation, formerly doing business as StarPath Communications,
Inc.; and Hank Thompson have filed Appellants' Motion to Dismiss Appeal. We grant the motion
and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellants' Motion

Filed: February 19, 1999

Do Not Publish